

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Edwin Romine, aka Edwin Wayne
Romine, Appellant

No. 06-13-00071-CR        v.

The State of Texas, Appellee

Appeal from the 396th District Court of
Tarrant County, Texas (Tr. Ct. No.
1230617D). Opinion delivered by Justice
Carter, Chief Justice Morriss and Justice
Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to delete $900.00 in attorney's fees, $210.00 in community supervision fees, and $799.83 in fines. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Edwin Romine, aka Edwin Wayne Romine, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 6, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk